UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1301
(1:23-cv-00041-MR)

_____

JACOB DOE

    Plaintiff - Appellee

v.

THE UNIVERSITY OF NORTH CAROLINA SYSTEM; THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL BOARD OF TRUSTEES, f/k/a University of North Carolina Board of Trustees; BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA; LEE H. ROBERTS, f/k/a Kevin Guskiewicz, in his official capacity; ELIZABETH HALL, individually and in her official capacity; JEREMY ENLOW, individually and in his official capacity; BETH FROEHLING, individually and in her official capacity; REBECCA GIBSON, individually and in her official capacity; JACLYN FEENEY, individually and in her official capacity; DAVID ELROD, individually and in his official capacity; DESIREE RIECKENBERG, individually and in her official capacity

    Defendants - Appellants

_____

O R D E R

_____

Upon review of submissions relative to the motion for stay pending appeal, the court denies the motion.

Entered at the direction of Judge Quattlebaum with the concurrence of Judge Wilkinson and Judge Wynn.

                For the Court

                /s/ Nwamaka Anowi, Clerk